BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:11-cr-00358 AWI |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION RE: |
| v. | ) | CONTINUANCE AND |
| | ) | ORDER |
| VICTOR ALFONSO MADRIGAL-CARDENAS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Defendants in the above-captioned matter, by and through their respective attorneys, and the United States of America, by and through its attorneys, BENJAMIN B. WAGNER, United States Attorney, and KAREN A. ESCOBAR, Assistant United States Attorney, hereby enter into the following stipulation:

1. The parties to the above-captioned matter agree to vacate the January 23, 2012, hearing date and reset the matter for

1

February 13, 2012, at 1:30 p.m.[1]

2. The parties stipulate that the continuance is necessitated by the parties need to conduct further investigation, continue plea negotiations and effectively communicate the government's offers to defendants, who are housed at Lerdo.

3. The parties stipulate that time is excludable under the Speedy Trial Act and that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial, in that the failure to grant the continuance would deny the parties' sufficient opportunity to conduct further investigation and/or resolve the matter.

DATED: January 17, 2012          Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

By: /s/ Karen A. Escobar
  KAREN A. ESCOBAR
Assistant U.S. Attorney

/s/ Rachel Hill
RACHEL HILL
Attorney for Defendant
Victor Alfonso Madrigal-Cardenas

/s/ David Torres
DAVID TORRES
Attorney for Defendant
Jerman Madrigal

/s/ Roger Litman
ROGER LITMAN
Attorney for Defendant
Aurelio Anaya-Sanchez

---

[1] This is the earliest available date and time for all parties.

2

|   |   |
|---|---|
| | /s/ Peter Jones |
| | PETER JONES |
| | Attorney for Defendant |
| | Javier Aranda-Barrajas |
| | |
| | /s/ John Garland |
| | JOHN GARLAND |
| | Attorney for Defendant |
| | Ivan Carrillo |
| | |
| | /s/ E. Marshall Hodgkins |
| | E. MARSHALL HODGKINS |
| | Attorney for Defendant |
| | Carlos Mendez-Sosa |
| | |
| | /s/ Katherine Hart |
| | KATHERINE HART |
| | Attorney for Defendant |
| | Antonio Morales |
| | |
| | /s/ Carl Faller |
| | CARL FALLER |
| | Attorney for Defendant |
| | Juan Luis Quintero-Pimentel |
| | |
| | /s/ Patience Milrod |
| | PATIENCE MILROD |
| | Attorney for Defendant |
| | Juan Luis Quintero-Pimentel |

O R D E R

Having read and considered the foregoing stipulation,

IT IS THE ORDER of the Court that the current hearing date of January 23, 2012, is hereby vacated and is reset for February 13, 2012, at 1:30 p.m.

IT IS FURTHER ORDERED THAT time shall be excluded under the Speedy Trial Act and that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial, in that the failure to grant the continuance would deny the parties' sufficient opportunity to conduct further investigation and/or resolve the

matter.

IT IS SO ORDERED.

Dated:     January 18, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE