```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KAREN A. ESCOBAR
    Assistant U.S. Attorney
 3  2500 Tulare Street
    Fresno, California 93721
 4  Telephone: (559) 497-4000
 5
 6           IN THE UNITED STATES DISTRICT COURT FOR THE
 7                  EASTERN DISTRICT OF CALIFORNIA
 8
 9  UNITED STATES OF AMERICA,      )  1:11-cr-00358 AWI
                                   )
10              Plaintiff,         )
                                   )
11       v.                        )  STIPULATION TO
                                   )  ADVANCE HEARING AND
12                                 )  ORDER
    AURELIO ANAYA SANCHEZ,         )
13                                 )
                                   )
14                                 )
                Defendants.        )
15  _____ )
```

Defendant, by and through his attorney, ROGER LITMAN, and the United States of America, by and through its attorneys, BENJAMIN B. WAGNER, United States Attorney, and KAREN A. ESCOBAR, Assistant United States Attorney, hereby enter into the following stipulation:

The parties to the above-captioned matter agree to advance the March 12, 2012, hearing date as to this defendant and reset the matter for a change of plea on March 5, 2012, at 10:00 a.m.

DATED: February 29, 2012                Respectfully submitted,

                                        BENJAMIN B. WAGNER
                                        United States Attorney

                                        By: /s/ Karen A. Escobar
                                            KAREN A. ESCOBAR
                                            Assistant U.S. Attorney

1

```
                                /s/ Roger Litman
                                ROGER LITMAN
                                Attorney for Defendant
                                Aurelio Anaya
                                Sanchez
```

O R D E R

Having read and considered the foregoing stipulation,

IT IS THE ORDER of the Court that the current hearing date of March 12, 2012, is hereby advanced to March 5, 2012, at 10:00 a.m. for a change of plea.

IT IS SO ORDERED.

Dated:     March 1, 2012        _____
                                CHIEF UNITED STATES DISTRICT JUDGE