```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KAREN A. ESCOBAR
    Assistant U.S. Attorney
 3  2500 Tulare Street
    Fresno, California 93721
 4  Telephone: (559) 497-4000
 5
 6
 7
 8           IN THE UNITED STATES DISTRICT COURT FOR THE
 9                  EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,        )  1:11-cr-00358 AWI/DLB
                                     )
12                                   )
                                     )
13           Plaintiff,               )
                                     )
14     v.                            )  STIPULATION RE:
                                     )  CONTINUANCE AND
15                                   )  ORDER
                                     )
16                                   )
    VICTOR ALFONSO MADRIGAL-CARDENAS,)
17  et al.,                          )
                                     )
18                                   )
                                     )
19           Defendants.              )
    _____)
20
         Defendants, with the exception of Defendants IVAN CARRILLO
21
    and AURELIO ANAYA SANCHEZ who has pled guilty, in the above-
22
    captioned matter, by and through their respective attorneys, and
23
    the United States of America, by and through its attorneys,
24
    BENJAMIN B. WAGNER, United States Attorney, and KAREN A. ESCOBAR,
25
    Assistant United States Attorney, hereby enter into the following
26
    stipulation:
27
         1.  The parties to the above-captioned matter agree to vacate
28

                                    1
```

the March 12, 2012, hearing date and reset the matter for May 14, 2012, at 1:00 p.m.

2. The parties stipulate that the continuance is necessitated by the parties need to conduct further investigation, continue plea negotiations and effectively communicate the government's offers to defendants, who are housed at Lerdo.

3. The parties stipulate that time is excludable under the Speedy Trial Act and that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial, in that the failure to grant the continuance would deny the parties' sufficient opportunity to conduct further investigation and/or resolve the matter.

DATED: February 29, 2012 　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　BENJAMIN B. WAGNER
　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　By: /s/ Karen A. Escobar
　　　　　　　　　　　　　　　　　　　　　 KAREN A. ESCOBAR
　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

　　　　　　　　　　　　　　　　　　　　/s/ Rachel Hill
　　　　　　　　　　　　　　　　　　　　RACHEL HILL
　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　Victor Alfonso Madrigal-Cardenas

　　　　　　　　　　　　　　　　　　　　/s/ David Torres
　　　　　　　　　　　　　　　　　　　　DAVID TORRES
　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　Jerman Madrigal

　　　　　　　　　　　　　　　　　　　　/s/ Peter Jones
　　　　　　　　　　　　　　　　　　　　PETER JONES
　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　Javier Aranda-Barrajas

|   |   |
|---|---|
| | /s/ E. Marshall Hodgkins |
| | E. MARSHALL HODGKINS |
| | Attorney for Defendant |
| | Carlos Mendez-Sosa |
| | |
| | /s/ Katherine Hart |
| | KATHERINE HART |
| | Attorney for Defendant |
| | Antonio Morales |
| | |
| | /s/ Carl Faller |
| | CARL FALLER |
| | Attorney for Defendant |
| | Juan Luis Quintero-Pimentel |
| | |
| | /s/ Patience Milrod |
| | PATIENCE MILROD |
| | Attorney for Defendant |
| | Juan Luis Quintero-Pimentel |

O R D E R

Having read and considered the foregoing stipulation,

IT IS THE ORDER of the Court that the current hearing date of March 12, 2012, is hereby vacated and is reset for May 14, 2012, at 1:00 p.m.

IT IS FURTHER ORDERED THAT time shall be excluded under the Speedy Trial Act and that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial, in that the failure to grant the continuance would deny the parties' sufficient opportunity to conduct further investigation and/or resolve the matter.

IT IS SO ORDERED.

Dated: **March 7, 2012**          **/s/ Dennis L. Beck**
                                   UNITED STATES MAGISTRATE JUDGE