```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KAREN A. ESCOBAR
    Assistant U.S. Attorney
 3  2500 Tulare Street
    Fresno, California 93721
 4  Telephone: (559) 497-4000
 5
 6              IN THE UNITED STATES DISTRICT COURT FOR THE
 7                     EASTERN DISTRICT OF CALIFORNIA
 8
 9  UNITED STATES OF AMERICA,      )  1:11-cr-358 AWI
                                   )
10            Plaintiff,           )
                                   )
11     v.                          )  STIPULATION TO
                                   )  ADVANCE HEARING AND
12                                 )  ORDER
    JAVIER ARANDA-BARAJAS,         )
13                                 )
              Defendant.           )
14  _____)
```

Defendant, by and through his attorney, PETER JONES, and the United States of America, by and through its attorneys, BENJAMIN B. WAGNER, United States Attorney, and KAREN A. ESCOBAR, Assistant United States Attorney, hereby enter into the following stipulation:

The parties to the above-captioned matter agree to advance the May 14, 2012, 1 p.m., status conference date as to this defendant and reset the matter for a change of plea on March 19, 2012, at 10:00 a.m.

DATED: March 14, 2012                    Respectfully submitted,

                                         BENJAMIN B. WAGNER
                                         United States Attorney

                                         By: /s/ Karen A. Escobar
                                             KAREN A. ESCOBAR
                                             Assistant U.S. Attorney

1

```
                                        /s/ Peter Jones
                                        PETER JONES
                                        Attorney for Defendant
                                        Javier Aranda-Barajas
```

O R D E R

Having read and considered the foregoing stipulation,

IT IS THE ORDER of the Court that the current hearing date of May 14, 2012, is hereby advanced to March 19, 2012, at 10:00 a.m. for a change of plea.

IT IS SO ORDERED.

Dated:     March 15, 2012            _____
                                        CHIEF UNITED STATES DISTRICT JUDGE