```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KAREN A. ESCOBAR
    Assistant U.S. Attorney
 3  2500 Tulare Street
    Fresno, California 93721
 4  Telephone: (559) 497-4000
 5
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ANTONIO MORALES,<br><br>　　　　Defendant. | 1:11-cr-00358 AWI<br><br>STIPULATION TO<br>ADVANCE HEARING AND<br>ORDER |

Defendant, by and through his attorney, KATHERINE HART, and the United States of America, by and through its attorneys, BENJAMIN B. WAGNER, United States Attorney, and KAREN A. ESCOBAR, Assistant United States Attorney, hereby enter into the following stipulation:

The parties to the above-captioned matter agree to advance the May 14, 2012, 1 p.m., status conference date as to this defendant and reset the matter for a change of plea on April 9, 2012, at 10:00 a.m.

DATED: April 2, 2012　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　BENJAMIN B. WAGNER
　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　By: /s/ Karen A. Escobar
　　　　　　　　　　　　　　　　　　　　　　KAREN A. ESCOBAR
　　　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

1

/s/ Katherine Hart
                                KATHERINE HART
                                Attorney for Defendant
                                Antonio Morales

O R D E R

Having read and considered the foregoing stipulation,

IT IS THE ORDER of the Court that the current hearing date of May 14, 2012, is hereby advanced to April 9, 2012, at 10:00 a.m. for a change of plea.

IT IS SO ORDERED.

Dated:    April 3, 2012        _____
                                CHIEF UNITED STATES DISTRICT JUDGE