```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KAREN A. ESCOBAR
    Assistant U.S. Attorney
 3  2500 Tulare Street
    Fresno, California 93721
 4  Telephone: (559) 497-4000
 5
 6          IN THE UNITED STATES DISTRICT COURT FOR THE
 7                EASTERN DISTRICT OF CALIFORNIA
 8
 9  UNITED STATES OF AMERICA,    )  1:11-cr-00358 AWI
                                 )
10              Plaintiff,       )
                                 )
11       v.                      )  STIPULATION TO
                                 )  ADVANCE HEARING AND
12                               )  ORDER
    CARLOS MENDEZ-SOSA,          )
13                               )
                                 )
14                               )
                Defendant.       )
15  _____)
16       Defendant, by and through his attorney, E. MARSHALL HODGKINS,
17  and the United States of America, by and through its attorneys,
18  BENJAMIN B. WAGNER, United States Attorney, and KAREN A. ESCOBAR,
19  Assistant United States Attorney, hereby enter into the following
20  stipulation:
21       The parties to the above-captioned matter agree to advance
22  the May 14, 2012, hearing date as to this defendant and reset the
23  matter for a change of plea on April 23, 2012, at 10:00 a.m.
24   DATED: April 16, 2012              Respectfully submitted,
25                                      BENJAMIN B. WAGNER
                                        United States Attorney
26
                                        By: /s/ Karen A. Escobar
27                                         KAREN A. ESCOBAR
                                           Assistant U.S. Attorney
28
                                1
```

```
                                /s/ E. Marshall Hodgkins
                                E. MARSHALL HODGKINS
                                Attorney for Defendant
                                Carlos Mendez-Sosa
```

O R D E R

Having read and considered the foregoing stipulation,

IT IS THE ORDER of the Court that the current hearing date of May 14, 2012, is hereby advanced to April 23, 2012, at 10:00 a.m. for a change of plea.

IT IS SO ORDERED.

Dated:      April 18, 2012
                                CHIEF UNITED STATES DISTRICT JUDGE