1  BENJAMIN B. WAGNER
   United States Attorney
2  KAREN A. ESCOBAR
   Assistant U.S. Attorney
3  2500 Tulare Street
   Fresno, California 93721
4  Telephone: (559) 497-4000

5

6

7

8          IN THE UNITED STATES DISTRICT COURT FOR THE

9                 EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )  1:11-cr-00358 AWI/DLB
                                    )
12                                  )
                                    )
13              Plaintiff,          )
                                    )
14     v.                           )  STIPULATION RE:
                                    )  CONTINUANCE AND
15                                  )  ORDER
                                    )
16                                  )
   VICTOR ALFONSO MADRIGAL-CARDENAS )
17 and JERMAN MADRIGAL,             )
                                    )
18                                  )
                                    )
19              Defendant.          )
   _____)
20
        Defendants VICTOR ALFONSO MADRIGAL-CARDENAS and JERMAN
21
   MADRIGAL, in the above-captioned matter, by and through his
22
   attorney, and the United States of America, by and through their
23
   attorneys, BENJAMIN B. WAGNER, United States Attorney, and KAREN
24
   A. ESCOBAR, Assistant United States Attorney, hereby enter into
25
   the following stipulation:
26
        1.  The parties to the above-captioned matter agree to vacate
27
   the May 14, 2012, hearing date and reset the matter for June 25,
28

                                 1

1  2012, at 1:00 p.m.

2      2.   The parties stipulate that the continuance is

3  necessitated by the parties need to conduct further investigation

4  and continue plea negotiations.

5      3.   The parties stipulate that time is excludable under the

6  Speedy Trial Act and that the ends of justice served by granting

7  the requested continuance outweigh the best interests of the

8  public and the defendant in a speedy trial, in that the failure

9  to grant the continuance would deny the parties' sufficient

10 opportunity to conduct further investigation and/or resolve the

11 matter.

12 DATED: May 10, 2012                    Respectfully submitted,

13                                        BENJAMIN B. WAGNER
                                          United States Attorney
14
                                          By: /s/ Karen A. Escobar
15                                           KAREN A. ESCOBAR
                                          Assistant U.S. Attorney
16
                                           /s/ Carol Moses
17                                        CAROL MOSES
                                          Attorney for Defendant
18                                        Victor Alfonso Madrigal-
                                          Cardenas
19
                                           /s/ David Torres
20                                        DAVID TORRES
                                          Attorney for Defendant
21                                        Jerman Madrigal

22
                       O R D E R
23
       Having read and considered the foregoing stipulation,
24
       IT IS THE ORDER of the Court that the current hearing date of
25
   May 14, 2012, is hereby vacated and is reset for June 25, 2012, at
26
   1:00 p.m.
27
       IT IS FURTHER ORDERED THAT time shall be excluded under the
28

                                2

1   Speedy Trial Act and that the ends of justice served by granting

2   the requested continuance outweigh the best interests of the

3   public and the defendant in a speedy trial, in that the failure

4   to grant the continuance would deny the parties' sufficient

5   opportunity to conduct further investigation and/or resolve the

6   matter.

7       IT IS SO ORDERED.

8       **Dated:    May 10, 2012**              **/s/ Dennis L. Beck**
                                        UNITED STATES MAGISTRATE JUDGE