```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KAREN A. ESCOBAR
    Assistant U.S. Attorney
 3  2500 Tulare Street
    Fresno, California 93721
 4  Telephone: (559) 497-4000
 5
 6
 7
 8            IN THE UNITED STATES DISTRICT COURT FOR THE
 9                   EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,      )  1:11-cr-00358 AWI/DLB
                                   )
12            Plaintiff,           )
                                   )
13       v.                        )  STIPULATION RE:
                                   )  CHANGE OF PLEA AND ORDER
14  GAUVENCIO MADRIGAL-CHAVEZ,     )
                                   )
15            Defendant.           )
    _____)
16
17
         Defendant GAUVENCIO MADRIGAL-CHAVEZ, in the above-captioned
18
    matter, by and through his attorney, and the United States of
19
    America, by and through his attorney, BENJAMIN B. WAGNER, United
20
    States Attorney, and KAREN A. ESCOBAR, Assistant United States
21
    Attorney, hereby enter into the following stipulation:
22
         1.  The parties to the above-captioned matter agree to set
23
    this matter for a Change of Plea on June 25, 2012, at 10:00 a.m.
24
    before Judge Anthony W. Ishii and vacate the 1:00 p.m. Status
25
    Conference before Magistrate Judge Dennis L. Beck for that date.
26
    ///
27
28

                                  1
```

```
DATED: June 6, 2012                          Respectfully submitted,

                                             BENJAMIN B. WAGNER
                                             United States Attorney

                                             By: /s/ Karen A. Escobar
                                                KAREN A. ESCOBAR
                                                Assistant U.S. Attorney

                                                /s/ Patience Milrod
                                                PATIENCE MILROD
                                                Attorney for Defendant
                                                Gauvencio Madrigal-Chave
```

O R D E R

Having read and considered the foregoing stipulation,

IT IS THE ORDER of the Court that this matter shall be set for a Change of Plea on June 25, 2012, at 10:00 a.m. and the 1:00 p.m. Status Conference on that date shall be vacated.

IT IS SO ORDERED.

Dated:     June 7, 2012                    _____
                                           CHIEF UNITED STATES DISTRICT JUDGE