BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VICTOR ALFONSO MADRIGAL-CARDENAS,<br><br>Defendant. | 1:11-cr-00358 AWI/DLB<br><br>STIPULATION RE: CONTINUANCE AND ORDER |

Defendant VICTOR ALFONSO MADRIGAL-CARDENAS, in the above-captioned matter, by and through his attorney, and the United States of America, by and through his attorney, CAROL MOSES, and BENJAMIN B. WAGNER, United States Attorney, and KAREN A. ESCOBAR, Assistant United States Attorney, hereby enter into the following stipulation:

1. The parties to the above-captioned matter agree to vacate the June 25, 2012, hearing date and reset the matter for July 9, 2012, at 1:00 p.m.

2. The parties stipulate that the continuance is necessitated by the parties need to conduct further investigation, continue plea negotiations, and availability of counsel.

3. The parties stipulate that time is excludable under the Speedy Trial Act and that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial, in that the failure to grant the continuance would deny the parties' sufficient opportunity to conduct further investigation and/or resolve the matter.

DATED: June 5, 2012

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

By: /s/ Karen A. Escobar
KAREN A. ESCOBAR
Assistant U.S. Attorney

/s/ Carol Moses
CAROL MOSES
Attorney for Defendant
Victor Alfonso Madrigal-Cardenas

O R D E R

Having read and considered the foregoing stipulation,

IT IS THE ORDER of the Court that the current hearing date of June 25, 2012, is hereby vacated and is reset for July 9, 2012, at 1:00 p.m.

IT IS FURTHER ORDERED THAT time shall be excluded under the Speedy Trial Act and that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial, in that the failure to grant the continuance would deny the parties' sufficient

opportunity to conduct further investigation and/or resolve the matter.

IT IS SO ORDERED.

**Dated: June 7, 2012** **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE