Patience Milrod
844 N. Van Ness Avenue
Fresno, California 93728
559/442-3111

Attorney for GAUVENCIO MADRIGAL CHÁVEZ

**IN THE UNITED STATES DISTRICT COURT IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:11-cr-00358-AWI DLB |
| ) | |
| Plaintiff, ) | **STIPULATION TO CONTINUE** |
| ) | **SENTENCING HEARING and** |
| vs. ) | **ORDER** |
| ) | |
| GAUVENCIO MADRIGAL ) | |
| CHÁVEZ, ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, KAREN ESCOBAR, Assistant United States Attorney for Plaintiff, and PATIENCE MILROD, counsel for the Defendant:

1. The parties to the above-captioned matter agree to vacate the September 24, 2012, hearing date and reset the matter for November 26, 2012 at 10:00 a.m.

2. The parties stipulate that the continuance is necessitated by the parties need to gather further information for preparation of the Presentence Report.

*Stipulation and Proposed Order*         *1*

Dated: August 17, 2012

/s/ Karen Escobar
United States Attorney
BENJAMIN B. WAGNER
By KAREN ESCOBAR
Assistant U.S. Attorney

Dated: August 17, 2012

/s/Patience Milrod
PATIENCE MILROD
Attorney for defendant
Gauvencio Madrigal-Chavez

*Stipulation and Proposed Order* 2

**ORDER ON STIPULATION**

Having received and reviewed the stipulation of the parties, and good cause appearing therefor,

IT IS HEREBY ORDERED that the sentencing hearing presently set for September 24, 2012 at 10:00 a.m. be and is hereby continued to a new date of November 26, 2012 at 10:00 a.m.

IT IS SO ORDERED.

Dated: August 17, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE

*Stipulation and Proposed Order*   3