1  BENJAMIN B. WAGNER
   United States Attorney
2  KAREN A. ESCOBAR
   Assistant U.S. Attorney
3  2500 Tulare Street
   Fresno, California 93721
4  Telephone: (559) 497-4000

5

6

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,          )  1:11-cr-00358-002 AWI
                                      )
12              Plaintiff,            )
                                      )
13      v.                            )  STIPULATION TO CALENDAR
                                      )  MATTER BEFORE THE HONORABLE
14                                    )  THE  ANTHONY W. ISHII
   JERMAN MADRIGAL,                   )
15                                    )
                                      )
16              Defendant.            )
17 _____)

18      Defendant, by and through his attorney, DAVID TORRES, and the

19 United States of America, by and through its attorneys, BENJAMIN

20 B. WAGNER, United States Attorney, and KAREN A. ESCOBAR, Assistant

21 United States Attorney, hereby enter into the following

22 stipulation:

23      The parties to the above-captioned matter agree to set the

24 above-captioned matter for a change of plea before this Court on

25 ////

26 ////

27 ////

28

                                    1

October 9, 2012, at 10:00 and vacate his status conference before Judge Dennis L. Beck at 1:00 p.m. on October 22.

DATED: September 27, 2012                Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

By: /s/ Karen A. Escobar
   KAREN A. ESCOBAR
   Assistant U.S. Attorney

   /s/ David Torres
   DAVID TORRES
   Attorney for Defendant
   JERMAN MADRIGAL

O R D E R

Having read and considered the foregoing stipulation,

IT IS THE ORDER of the Court that the above-captioned matter shall be set for a change of plea before this Court on October 9, 2012, at 10:00 a.m. and that his status conference before Judge Dennis L. Beck on October 22 shall be vacated.

IT IS SO ORDERED.

Dated: _____September 28, 2012_____        
                CHIEF UNITED STATES DISTRICT JUDGE