1  BENJAMIN B. WAGNER
   United States Attorney
2  KAREN A. ESCOBAR
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099

6  Attorneys for Plaintiff
   United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:11CR 358 AWI |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE SENTENCING |
| v. | |
| VICTOR ALFONSO MADRIGAL CARDENAS, | |
| Defendant. | |

The parties hereto, by and through their respective counsel, stipulate and agree that the sentencing in this matter, currently calendared for June 17, 2013 at 10:00 a.m., be continued to July 8, 2013 at 10:00 a.m.

The continuance is needed due to the passing of the mother of the assigned prosecutor.

The parties stipulate and agree that any delay resulting from this continuance shall be excluded from the calculation of time under the Speedy Trial Act pursuant 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

Respectfully submitted,

Dated: June 13, 2013                BENJAMIN B. WAGNER
                                    United States Attorney


                                    /s/ Karen A. Escobar

*STIPULATION AND ORDER TO CONTINUE SENTENCING*

1 | KAREN A. ESCOBAR
  | Assistant United States Attorney
2
  Dated: June 13, 2013 | /s/ Joel Montanez Murillo
3 | JOEL MONTANEZ MURILLO
  | Attorney for Defendant
4 | Victor Alfonso Madrigal Cardenas

7  IT IS SO ORDERED.

8  Dated:  June 13, 2013

   SENIOR  DISTRICT  JUDGE

*STIPULATION AND ORDER TO CONTINUE SENTENCING*

2